FORMS TO BE USED FOR MOTIONS
UNDER 28 U.S.C. § 2255
(Formulario para Mociones bajo el Titulo 28,
Código E.U. § 2255)

Omar Cortés Rivera
NAME (Nombre)

21827-069
PRISON NUMBER
(Número en la prisión)

Ponce 1000 Adutos
PLACE OF CONFINEMENT
(Lugar de reclusión)

United States District Court for the District of Puerto Rico
(Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico)

04-CR-414-10 (PG)
CASE NUMBER
(Número del caso)
To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito Federal.)

United States

v.

Omar Cortés Rivera
FULL NAME OF MOVANT
(Nombre completo del peticionario)

If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.

(Si el peticionario tiene que cumplir una condena futura dictada por un tribunal federal y que desee impugnar, deberá radicar una moción en el tribunal federal que dictó el fallo.)

MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
— BY A PERSON UNDER FEDERAL CUSTODY
(Moción para revocar, dejar sin efecto o corregir una condena de una persona bajo custodia federal)

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

   (Esta moción debe escribirse en manuscrito, en letra clara,
   o a maquinilla, y deberá firmarla el peticionario bajo pena
   de perjurio. Cualquier declaración falsa sobre algún dato
   importante podrá servir de base a un procesamiento y condena
   por perjurio. Todas las preguntas deben contestarse en forma
   concisa en el espacio disponible en el formulario.)

2. Additional pages are not permitted, except with respect to
   the facts which you rely upon to support your grounds for
   relief. No citations of authorities need to be furnished.
   If briefs or arguments are submitted, they should be submitted
   in the form of a separate memorandum.

   (No se permite utilizar páginas adicionales, excepto en
   relación con los hechos que sirven de base para sustentar sus
   motivos para una indemnización. No es necesario citar
   autoridades. De someterse memorandos o alegatos, éstos
   deberán someterse en un documento aparte.)

3. Upon receipt, your motion will be filed if it is in proper
   order.
   (Su moción se radicará al recibirse, si la misma cumple con
   todos los requisitos.)

4. If you do not have the necessary funds for transcript,
   counsel, appeal or other costs connected with a motion of this
   type, you may request permission to proceed in forma pauperis,
   in which case you must execute the declaration on the last
   page setting forth information establishing your inability to
   pay the costs. If you wish to proceed in forma pauperis, you
   must have an authorized officer at the penal institution
   complete the certificate as to the amount of money and
   securities on deposit to your credit in any account in the
   institution.

   (Si usted no tiene el dinero necesario para pagar las
   transcripciones, abogado, apelación u otros costos
   relacionados con esta clase de moción, puede solicitar
   autorización para proceder en forma de pobre, en cuyo caso
   deberá firmar la declaración que aparece en la última página
   para que conste que no le es posible pagar los costos. Si
   desea proceder en forma de pobre, un funcionario autorizado
   de la institución penal deberá llenar la certificación en
   relación a los dineros o valores depositados a su favor en
   cualquier cuenta en la institución.)

Page -3-

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions in the same district or in different districts, you must file separate petitions as to each such judgments.
(Sólo podrán impugnarse en una moción las sentencias dictadas por un mismo tribunal. Si usted quiere impugnar sentencias dictadas por más de un juez o división del mismo distrito o de diversos distritos, deberá radicar una solicitud separada para cada sentencia.)

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment or conviction.
(Se le apercibe del hecho de que deberá incluir todas las razones por las cuales solicita un remedio, y los hechos que sustentan dichas razones en la moción que radique solicitando un remedio respecto a cualquier sentencia o condena.)

7. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the District of Puerto Rico, whose address is:
(Una vez cumplimentada debidamente la moción, deberá enviar por correo original y dos copias al Secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, a su dirección en:
    Clerk's Office
    U.S. District Court for Puerto Rico
    Room 150 - Federal Building
    Carlos Chardón Avenue
    Hato Rey, PR 00918-1767

8. Motions which do not conform to these instructions will be returned with a notation as to the deficiency.
(Las mociones que no cumplan con estas instrucciones se devolverán con una nota indicando el defecto.)

# MOTION
(Moción)

1. Name and location of court which entered the judgment or conviction under attack:
(Nombre y dirección del tribunal que dictó la sentencia o condena que usted impugna.)
_United States District Court District of Puerto Rico_

2. Date of judgment or conviction: _6 de julio de 2007_
(Fecha de la sentencia o condena)

3. Length of sentence: _300 mezes_
(Duración de la condena)

4. Nature of offense involved: _Carry and possess a_
(Naturaleza del delito en cuestión)
_Firearm in furtherance of a drug trafficking crime_

5. What was your plea? Check one.
(¿Cómo se declaró usted? Marque uno.)

   a) Not guilty ( )  b) Guilty (✓)  c) Nolo contendere ( )
      (No culpable)      (Culpable)

   If you entered a guilty plea to one count or indictment, and a not guilty plea as to other count or indictment, give details:
   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)
   _Me declaré culpable de un cargo de_
   _18:924(c)(1) and 2_

6. Kind of trial. Check one.
(Tipo de juicio. Marque uno.)

   a) Jury ( )        b) Judge only ( )  N/A
      (Por jurado)        (Por derecho)

7. Did you testify at the trial?           Yes ( )  No ( )  N/A
   (¿Testificó en el juicio?)              (Sí)     (No)

8. Did you appeal judgment of conviction?  Yes ( )  No (✗)
   (¿Apeló la sentencia condenatoria?)     (Sí)     (No)

9. If you did appeal, answer the following:
   (Si apeló, conteste lo siguiente:)

   a) Name of the court         N/A
      (Nombre del tribunal)

   b) Result                    N/A
      (Resultado)

   c) Date of result            N/A
      (Fecha del resultado)

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    (Aparte de una apelación directa del fallo condenatorio y la sentencia, ¿ha radicado usted anteriormente alguna petición, solicitud o moción en relación a dicho fallo en algún tribunal federal?)

    Yes ( )          No (✓)
    (Sí)             (No)

11. If your answer to question 10 was "yes", provide the following:
    (Si su contestación a la pregunta número 10 fue "sí", indique lo siguiente:)

    a) 1. Name of court              N/A
          (Nombre del tribunal)

       2. Nature of proceedings      N/A
          (Naturaleza de los procedimientos)

       3. Grounds raised             N/A
          (Razones aducidas)

       4. Did you receive an evidentiary hearing on your petition, application or motion?
          (¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)
          Yes ( )          No ( )    N/A
          (Sí)             (No)

       5. Result                     N/A
          (Resultado)

       6. Date of result             N/A
          (Fecha del resultado)

b) As to any second petition, application or motion give the same information:
(Provea la misma información respecto a una segunda petición, solicitud o moción.)

1. Name of court    N/A
   (Nombre del tribunal)

2. Nature of proceedings    N/A
   (Naturaleza de los procedimientos)

3. Grounds raised    N/A
   (Razones aducidas)

4. Did you receive an evidentiary hearing on your petition, application or motion?
   (¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)
   Yes ( )    No ( )
   (Sí)    (No)

5. Result    N/A
   (Resultado)

6. Date of result    N/A
   (Fecha del resultado)

c) As to any third petition, application, or motion give the same information:
(Provea la misma información respecto a una tercera petición, solicitud o moción.)

1. Name of court    N/A
   (Nombre del tribunal)

2. Nature of proceedings    N/A
   (Naturaleza de los procedimientos)

3. Grounds raised    N/A
   (Razones aducidas)

Page -7-

4. Did you receive an evidentiary hearing on your petition, application or motion?
   (¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)
   Yes ( )         No ( ) N/A
   (Sí)            (No)

5. Result                    N/A
   (Resultado)

6. Did you appeal the result of any action taken on any petition, application or motion to an appellate court having jurisdiction?
   (¿Apeló usted el resultado de alguna acción tomada respecto a cualquier petición, solicitud o moción al tribunal de apelación con jurisdicción?)

   1) First petition, etc.      Yes ( )   No (✓)
      (Primera petición, etc.) (Sí)       (No)

   2) Second petition, etc.     Yes ( )   No (✓)
      (Segunda petición, etc.) (Sí)       (No)

   3) Third petition, etc.      Yes ( )   No (✓)
      (Tercera petición, etc.) (Sí)       (No)

d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why not.
   (Si no apeló la resolución adversa respecto a cualquier petición, solicitud o moción, explique brevemente por qué no lo hizo:)

   Devido a que luego de mi sentencia no pude ver mas a mi abogado y no pude dejarle saber mis deceos de apelar la sentencia.

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.
    (Exponga brevemente cada una de las razones por las que usted alega estar detenido ilegalmente. Resuma brevemente los hechos que sustenten cada una de las razones.)

If necessary you may attach pages stating additional grounds and facts supporting same.
(De ser necesario puede incluir páginas para indicar los motivos y hechos adicionales que sustenten los mismos.)

CAUTION: If you fail to set forth all such grounds in this motion, you may be barred from presenting them at a later date.
(ADVERTENCIA: Si deja de exponer todos los motivos en esta moción, podría más adelante verse impedido de presentarlos.)

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.
(Para su información incluimos a continuación una lista de los motivos utilizados con mayor frecuencia al solicitar un remedio en estos procedimientos.)

Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds -relating to this conviction- on which you base your allegations that you are being held under custody unlawfully.
(Cada aseveración que está precedida por una letra constituye un motivo separado para un posible remedio. Puede aducir cualquier otro motivo adicional a los enumerados. Sin embargo, deberá incluir en esta petición todos los motivos disponibles -relacionados con esta condena- en los que basa su alegación de encontrarse detenido ilegalmente.)

Do not check any of these listed grounds.
(No marque ninguno de los motivos enumerados a continuación.)

The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(Se le devolverá la petición si usted meramente marca de la "a" a la "j" o cualesquiera de estos motivos.

If you select one or more of these grounds for relief, you must allege facts.
(Si selecciona uno o más de estos motivos para solicitar un remedio, deberá alegar hechos.)

a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge and the consequences of the plea.
(La condena se obtuvo mediante una alegación de culpabilidad inducida ilegalmente, o no se hizo de forma voluntaria con conocimiento de la naturaleza del cargo y las consecuencias de declararse culpable.)

b) Conviction obtained by use of coerced confession.
(La condena se obtuvo por medio de una confesión bajo coacción.)

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un registro y ocupación ilegales.)

d) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un arresto ilegal.)

e) Conviction obtained by a violation of the privilege against self-incrimination.
(La condena se obtuvo mediante una violación del privilegio de no incriminarse a sí mismo.)

f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(La condena se obtuvo porque la fiscalía no cumplió con su deber constitucional de revelar al acusado las pruebas a su favor.)

g) Conviction obtained by a violation of the protection against double jeopardy.
(La condena se obtuvo mediante una violación de la protección a no ser procesado dos veces por el mismo delito.)

h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(La condena se obtuvo mediante la actuación de un gran jurado o jurado de juicio seleccionado y constituido inconstitucionalmente.)

Page -10-

i) Denial of effective assistance of counsel.
(Se le negó el auxilio necesario de un abogado.)

j) Denial of right to appeal.
(Se le negó el derecho de apelación.)

k) Sentence is in excess of maximum authorized by law.
(La condena excede el máximo autorizado por la ley.)

Ground one: _No fui apercivido de mi_
(Primer motivo)
_derecho a apelar._

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_Luego de mi sentencia mi abogado no me oriento sobre mi derecho a apelar mi sentencia haviendo un error y desde el dia de la sentencia no lo vi mas, no pudiendo asi orientarme ni aclarar mis dudas sobre mi sentencia._

Ground two: _Acuerdo con fiscalia para_
(Segundo motivo)
_declararme culpable._

2do Hechos justificativos.

En el tiempo que estuve detenido en M.D.C. Guaynabo, nunca hubo un ofrecimiento para declararme culpable hasta un dia antes de empesar el juicio. Firmé el acuerdo el mismo dia que empesaba el juicio. En el mismo me declaro culpable por un cargo de 18:924(c)(1) y 2 y Fiscalia expone en el mismo que soy Career Offender y el nivel de la ofensa es 37 en la categoria VI de el Historial Criminal. En todo esto el abogado estuvo de acuerdo, solo teniendo menos de 24 horas para estudiar mi Historial Criminal.

Tercer motivo: Plea Agreement excede Categoria de Historial Criminal y el nivel de ofensa

3º Hechos justificativos.

Luego que el Oficial Provatorio hace el Informe Pre-sentencia y lo entrega a mi abogado, el lic. Wilfredo Rios fué a visitarme para discutir el mismo dejandome saver que en el informe decia que de acuerdo con los computos de mi historial criminal no me hacía Career Offender. Que el lic. Wilfredo Rios no se dio cuenta al momento de discutir el acuerdo.
El Lic. Wilfredo Rios no hace ningun acercamiento al respecto al fiscal ni al juez. Esperó hasta el dia de la sentencia para discutir lo que decia el informe en la vista.
El Honorable Juez Perez Gimenez llamó a el Oficial Pre-Sentencia para hablar al frente de el estrado y luego le preguntó el Juez al Lic. Wilfredo Rios si queria dejar una puerta abierta para una posible 2255 y el Lic. contestó que no.

Cont. 3ᶜ Hechos justificativos.

Luego el Juez preguntó al fiscal, el cual se opuso justificando que ya me havian desestimado como parte de el acuerdo un cargo de conspiracion para distribuir narcoticos.

El Juez procedió a sentenciarme de acuerdo lo estipulado honrando asi el plea agreement.

De todas maneras fui sentenciado como Career Offender en el nivel 31 de la vi columna y el lic. Wilfredo Rios no me oriento sobre mi derecho de apelar.

Page -11-

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____

_____

_____

_____

_____

_____

_____

Ground three: _____
(Tercer motivo)

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases or law):
(Hechos justificativos. Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____

_____

_____

_____

_____

_____

Ground four: _____
(Cuarto motivo)

_____
_____
_____
_____
_____
_____

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not presented; and give your reasons for not presenting them:
(Si alguno de los motivos enumerados en el 12A, B, C, y D, no se ha presentado anteriormente, indique brevemente cuáles de los motivos no se presentaron y por qué razón:)

_____
_____
_____
_____
_____

Page -13-

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    (¿Tiene usted alguna petición o apelación pendiente en algún tribunal en relación con la sentencia que está impugnando?)

    Yes ( )        No (✓)
    (Sí)           (No)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.
    (Dé el nombre y dirección, si los sabe, de cada uno de los abogados que lo representaron en las siguientes etapas de la sentencia que está impugnando.)

    a) At preliminary hearing: Wilfredo Rios Mendez
       (En la vista preliminar)
       P.O Box 8334 Caguas, P.R 00726

    b) At arraignment and plead: Wilfredo Rios Mendez
       (En la lectura de acusación y alegación)
       P.O Box 8334 Caguas P.R 00726

    c) At trial:                N/A
       (En el juicio)

    d) At sentencing: Wilfredo Rios Mendez
       (En la imposición de la sentencia)
       P.O Box 8334 Caguas P.R 00726

    e) On appeal:               N/A
       (En la apelación)

    f) In any post-conviction proceeding: N/A
       (En cualquier proceso posterior a la condena)

    g) On appeal from any adverse ruling in a post-conviction proceeding:
       (En la apelación de cualquier decisión adversa en un proceso posterior a la condena.)
       N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?

(¿Lo sentenciaron en un mismo tribunal y a la vez por más de un cargo en una acusación o por más de una acusación?)

        Yes ( )        No (✓)
        (Sí)          (No)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
(¿Tiene que cumplir alguna otra pena después que termine la pena impuesta por el fallo que está impugnando?)

        Yes (✓)        No ( )
        (Sí)          (No)

    a) If so, give name and location of court which imposed sentence to be served in the future.
(De ser así, dé el nombre y localización del tribunal que impuso la pena que se cumplirá en el futuro.)

_Tribunal de Primera Instancia Centro Judicial Ponce_

    b) And give date and length of sentence to be served in the future.
(Dé también la fecha y duración de la pena que cumplirá en el futuro.)

_54 años    03/08/04    3/15/04_

    c) Have you filed or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
(¿Ha radicado o piensa radicar alguna petición para impugnar el fallo bajo el cual se impuso la pena que se cumplirá en el futuro?)

        Yes ( )        No (✓)
        (Sí)          (No)

WHEREFORE, movant prays that the Court grant the relief to which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In  Ponce, P.R.        ,                    .
En                    ,                    .

_____
Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this  10  day of  diciembre   ,  2008 .
Firmado hoy      del mes de                2008 .

_____
Petitioner (Peticionario)

