Omar Cortés Rivera
Inst. Ponce Principal
Faso 4, N-Azul, #116
3699 Ponce Bypass,
Ponce, Puerto Rico
00728

SAN JUAN PR   009
6 MAR 2024 PM 1  L

CLERK'S OFFICE
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 MAR 12 AM 9:01